RECEIVED

JUN 0 2 2006

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE: STONE ENERGY CORPORATION<br>SECURITIES LITIGATION | CIVIL ACTION NO. 05-2088 (LEAD)<br>05-2109 (MEMBER)<br>05-2220 (MEMBER) |

JUDGE MELANCON

MAG. JUDGE METHVIN

**MOTION TO ENROLL AND FOR DESIGNATION OF TRIAL ATTORNEY
ON BEHALF OF STONE ENERGY CORPORATION,
DAVID H. WELCH, JAMES H. PRINCE & KENNETH H. BEER**

NOW INTO COURT, through undersigned counsel, move Defendants, STONE ENERGY CORPORATION, DAVID H. WELCH, JAMES H. PRINCE and KENNETH H. BEER to enroll Walter B. Stuart IV (Bar No. 12551) of the law firm of Vinson & Elkins of New York as counsel of record in the captioned matter. Mr. Stuart is a member in good standing of the bar of this Court and of the Louisiana State Bar Association.

In conformity with Local 11.2 and with the Court's order of May 22, 2006, Defendants, STONE ENERGY CORPORATION, DAVID H. WELCH, JAMES H. PRINCE and KENNETH H. BEER, hereby designate Walter B. Stuart IV of Vinson & Elkins of New York as lead trial attorney. Patrick Gray and Amy Allums of Johnson Gray McNamara, LLC of Lafayette, Louisiana will remain as local counsel.

Respectfully submitted:

_/s/ signature_

Patrick W. Gray (Bar No. 6265)
Amy E. Allums (Bar No. 27356)
JOHNSON GRAY MCNAMARA, LLC
P.O. Box 51165
Lafayette, LA 70505
Telephone: (337) 412-6003
Facsimile (337) 412-6037

Walter B. Stuart IV (T.A.) (Bar No. 12551)
Hilary L. Preston
Clifford Thau
David R. Lurie
Ronald L. Oran
VINSON & ELKINS, LLP
666 Fifth Avenue, 26th floor
New York, NY 10103
(212) 237-0000

Counsel for Stone Energy Corp., David H. Welch, James H. Prince, and Kenneth H. Beer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, this 2nd day of June 2006.

_____
PATRICK W. GRAY