UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE: STONE ENERGY CORPORATION<br>SECURITIES LITIGATION | CIVIL ACTION NO. 05-2088 (LEAD)<br>05-2109 (MEMBER)<br>05-2220 (MEMBER) |
| | JUDGE MELANCON |
| | MAG. JUDGE METHVIN |

### ORDER

Considering the foregoing Motion to Enroll and for Designation of Trial Attorney on behalf of Defendants, STONE ENERGY CORPORATION, DAVID H. WELCH, JAMES H. PRINCE and KENNETH H. BEER,

IT IS ORDERED that Walter B. Stuart IV (Bar No. 12551) of Vinson & Elkins of New York be enrolled as additional counsel of record and be designated as lead trial attorney on behalf of STONE ENERGY CORPORATION, DAVID H. WELCH, JAMES H. PRINCE and KENNETH H. BEER.

IT IS FURTHER ORDERED that Patrick W. Gray and Amy E. Allums of Johnson Gray McNamara, LLC of Lafayette, Louisiana, will remain as local counsel.

THUS DONE AND SIGNED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE