UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ROBERT J. WIELAND, Individually and Obo All Others Similarly Situated, et al** | **CIVIL ACTION NO. 05-2088** |
| **VS.** | **JUDGE TUCKER L. MELANÇON** |
| **STONE ENERGY CORP., et al** | **MAGISTRATE JUDGE METHVIN** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and considering the objections filed by the parties, the Court concludes that the Report and Recommendation of the magistrate judge is correct and the Court adopts the conclusions set forth therein. It is

**ORDERED**

1.  that the motions to dismiss be **GRANTED** in part, dismissing plaintiffs' claims against Prince and Beer under §10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5;

b.  that the motions to dismiss be **GRANTED** in part, dismissing the claims of plaintiffs who sold their shares before the October 6, 2005 disclosure by Stone of the reserve errors;

c.  that the motions to dismiss be **DENIED** as to all other claims asserted by plaintiffs.

Thus done and signed this 29th day of September, 2007 Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE