**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE/OPELOUSAS DIVISION**

| | |
|---|---|
| In re: Stone Energy Corp.<br>Securities Litigation | Civil Action No. 05-2088 |
| | Judge Tucker L. Melançon |
| | Magistrate Judge Methvin |

**MEMORANDUM ORDER**

Before the Court are Motions to Certify for Immediate Appeal the September 29, 2007 Order pursuant to §1292(b) filed by Stone Energy Corporation, David H. Welch, James H. Prince and Kenneth H. Beer [Rec. Doc. 120] and by D. Peter Canty [Rec. Doc. 121], in which defendants move the Court to certify its September 29, 2007 Order denying defendant's motions to dismiss for immediate appeal pursuant to 28 U.S.C. §1292(b) and to stay this action pending appeal [Rec. Doc. 117].

Under section 1292(b), certification is appropriate only as follows:

"(b)  When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal of such action may thereupon, in its discretion, permit an appeal to be taken from such order, if application is made to it within ten days after the entry of the order: Provided, however, That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.
28 U.S.C. §1292(b).

After considering the entire  record of this proceeding including the defendants' motions and memoranda in support *(R.120, 121)* and the plaintiffs'

memorandum in opposition thereto *(R. 123)*, the Court declines the invitation to certify this matter under 28 U.S.C. §1292(b) as it does not "involve a controlling question of law as to which there is substantial ground for difference of opinion" and defendants' claim that the Court applied the law incorrectly is insufficient to satisfy §1292(b). Accordingly, it is

ORDERED that Motions To Certify For Immediate Appeal The September 29, 2007 Order filed by Stone Energy Corporation, David H. Welch, James H. Prince and Kenneth H. Beer [Rec. Doc. 120] and by D. Peter Canty [Rec. Doc. 121] are DENIED.

Thus done and signed this 20th day of November, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

2.