UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

PRESENT: HON. TUCKER L. MELANÇON, JUDGE, Presiding          Date:   March 13, 2008
        LaRae Bourque         , Court Reporter
        Paula S. Jordan       , Minute Clerk
COURT OPENED: 1:40 P.M.        COURT ADJOURNED: 2:30 P.M.    TIME IN COURT: 1/10

------------------------------------------------------------
MINUTES OF COURT
------------------------------------------------------------

CASE NO.  05cv2088 LEAD          JUDGE: MELANÇON          MAGISTRATE JUDGE METHVIN

In Re: Stone Energy Corp. Securities Litigation

APPEARANCES

David Stickney, Benjamin Galdstone, Patrick Morrow     FOR  El Paso Fireman & Policemens Pension Fund
Clifford Thau, Hilary Preston, Thomas Roberts, Patrick  FOR  Stone Energy Corp
Gray, & Amy Allums                                      FOR  Stone Energy Corp
                                                        FOR
                                                        FOR
                                                        FOR

------------------------------------------------------------
CASE CALLED FOR                      FILINGS:
___ Hearing on motions
___ Jury selection only
___ Trial without jury 1st day
_X_ Other
------------------------------------------------------------

PROCEEDINGS:
___  Witnesses sequestered
___  Opening statement - plaintiff
___  Opening statement - defendant
___  Testimony & evidence for pltf., not concluded
___  Testimony & evidence for deft., not concluded
___  Rebuttal testimony & evidence, not concluded
___  Evidence closed
___  Evidence left open for_____
___  Case argued
___  Jury instructed
___  Alternate juror(s) excused
___  Jury deliberations began at * .M.
___  Jury verdict returned at *.M.
___  Jury polled
___  Case ruled on by the Court - See below
___  Case taken under advisement
___  Briefing times - See below
___  Mistrial declared
------------------------------------------------------------

VERDICT, RULING, COMMENTS:
An on the record Scheduling Conference was held.  See Order signed this date.