UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE:<br>STONE ENERGY CORPORATION<br>SECURITIES LITIGATION | Civil Action No. 6:05CV2088 (LEAD)<br>6:05CV2109 (MEMBER)<br>6:05CV2220 (MEMBER)<br><br>Judge Tucker L. Melançon<br><br>Magistrate Judge Mildred E. Methvin |

**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

---

**CONFIDENTIAL:**

**SUBJECT TO PROTECTIVE ORDER**

**FILED UNDER SEAL**

THIS ENVELOPE (OR CONTAINER) CONTAINING DOCUMENTS (THINGS) FILED BY LEAD PLAINTIFF IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY WRITTEN ORDER OF THE COURT OF BY AGREEMENT OF THE PARTIES.