UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

In Re: Stone Energy Corp. Securities Litigation

Civil Action 05-2088(Lead)

Judge Tucker L. Melançon

Magistrate Judge Methvin

**ORDER**

In accordance with the Memorandum Ruling issued on this date, it is

ORDERED that the Motion For Appointment As Lead Plaintiff [Rec. Doc. 256] filed by the City of Knoxville Employees' Pension System ("Knoxville") is GRANTED substituting Knoxville for El Paso Firemen and Policemen's Pension Fund as Lead Plaintiff in this Consolidated Class Action.

IT IS FURTHER ORDERED that the Court appoints Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel, Morrow Morrow Ryan & Bassett as Liaison Counsel and, Barroway Topaz Kessler Meltzer Check LLP as Co-Lead Counsel;

IT IS FURTHER ORDERED that Knoxville is to file a motion for class certification within thirty (30) days of the entry of this Order. As Lead Plaintiff's counsel remain essentially the same, no further extension of the deadline will be granted.

IT IS FURTHER ORDERED that with the exception of Knoxville's motion for class certification and Stone's response thereto, no party is to file any additional pleadings without written order of Court, which will only issue after a motion is filed by the requesting party, stating with specificity what is intended to be filed and the reasons therefor. Such motions, if filed, shall

not consist of more than three (3) pages using size 12 font.

Thus done and signed this 30th day of September, 2009 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE