# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

NIKI L. MENDOZA
nikim@blbglaw.com
(858) 793-0070

RECEIVED
NOV 0 4 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

November 4, 2009

**VIA FEDEX and E-MAIL**

Nancy Lundy
Deputy Clerk
United District Court for the Western District of Louisiana
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

    Re:   *In re Stone Energy Corporation Securities Litigation*
          USDC#05-2088; USCA#09-30444

Dear Ms. Lundy:

    We are writing because documents filed in the above-referenced case *after* the Record on Appeal was certified may be relevant to issues in this appeal. Accordingly, we believe the Record on Appeal should be supplemented with the following documents filed after the Record on Appeal was certified:

    (1) Memorandum Ruling And Order dated September 23, 2009 [Rec. Doc. 289];
    (2) Memorandum Ruling dated September 30, 2009 [Rec. Doc. 290];
    (3) Order dated September 30, 2009 [Rec. Doc. 291]; and
    (4) Plaintiff's Memorandum Of Law In Support Of Its Motion For Class Certification, dated October 30, 2009 [Rec. Doc. 296] (Filed Under Seal).

    Please feel free to contact me with any questions. Thank you.

                        Very truly yours,

                        Niki L. Mendoza

NLM/sej
cc:   Charles R. Fulbruge, III, Clerk
       U.S. Court of Appeals – Fifth Circuit
       Clifford Thau