UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| In Re: | Civil Action 05-CV-2088 |
| Stone Energy Corporation Securities Litigation | Judge Tucker L. Melançon |
| | Magistrate Judge Methvin |

### ORDER

Before the Court is a Motion For Leave To File Motion For Stay filed by Stone Energy Corporation, David H. Welch, James H. Prince and Kenneth H. Beer ("Stone") [Rec. Doc. 294]. Stone seeks leave to file a motion to stay all Court proceedings in this case pending resolution by the Fifth Circuit of the appeal of El Paso Firemen & Policemen's Pension Fund ("El Paso") and Stone's Motion to Dismiss El Paso's appeal.

The Court is not impressed with the Motion, which, in the view of the undersigned, given the protracted history of this litigation, *see, R.290, 09/30/09 Memorandum Ruling, pp. 1-4,* and this Court's previous Order, *R. 194,* borders on being vexatious and totally without factual merit. Accordingly, it is

**ORDERED** that the Motion For Leave To File Motion For Stay filed by Stone Energy Corporation, David H. Welch, James H. Prince and Kenneth H. Beer [Rec. Doc. 294] is DENIED.

Thus done and signed this 6th day of November, 2009 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE