UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| *In re: Stone Energy Corporation* | * | CIVIL ACTION NO. 05-CV-2088(Lead) |
| *Securities Litigation* | * | 05-CV-2109 |
| | * | 05-CV-2220 |
| | * | |
| | * | |
| | * | JUDGE TUCKER L. MELANCON |
| | * | MAG. JUDGE METHVIN |

**MOTION FOR LEAVE TO FILE MOTION
JOINING IN MOTION FOR ENTRY OF SCHEDULING ORDER**

Defendant D. Peter Canty ("Canty") requests leave to file the attached Motion Joining in the Motion for Entry of a Scheduling Order filed by Stone Entergy Corporation, David H. Welch, James H. Prince, and Kenneth H. Beer.  [Doc. No. 301]

The motion requests that the Court allow Canty thirty days to file his opposition to the motion for class certification filed by the City of Knoxville Pension Board.  The additional time is needed to conduct class discovery and incorporate the discovery into his opposition.

Accordingly, Canty respectfully requests that this Court allow him to file the attached motion and enter an order allowing him thirty (30) days from the filing of motion for class certification to file his opposition thereto.

Respectfully submitted,

**Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.**

*/s/* Larry E. Mobley
Thomas A. Roberts (La. #23914)
Larry E. Mobley (La. #29990)
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone (504) 589-9700
Fax (504) 589-9701

***Attorneys for Defendant, D. Peter Canty***

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                                                  */s/* Thomas A. Roberts