### *MINUTES OF COURT*

Judge Tucker L. Melançon

November 25, 2009

In re: Stone Energy Corporation
Securities Litigation                                                                    Civil Action No. 05-2088

     A status conference was conducted by telephone this date from 12:00 P.M. until 12:35 P.M. by United States District Judge Tucker L. Melançon. Participating were David R. Stickney, representing the lead plaintiff and the proposed class; Clifford Thau, representing defendant, Stone Energy Corporation and all defendants with the exception of D. Peter Canty; and Thomas H. Roberts representing defendant D. Peter Canty. The Court was advised by the attorneys for the parties that they have agreed to a settlement in principal of all claims. The procedural posture of the case was discussed in light of the tentative settlement. The attorneys were instructed that on or before Tuesday, December 1, 2009 at 12:00 P.M. CST, they are to file a joint motion requesting that all pending deadlines be held in abeyance and to submit a Proposed Plan of Work setting necessary and appropriate deadlines for filings to be made with the Court, notifications to class or potential class members and hearing(s) that will need to be conducted to effectuate and to obtain Court approval of the tentative settlement.