UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE: STONE ENERGY CORP. SECURITIES LITIGATION | Civil Action No.  6:05CV2088 (LEAD) <br> 6:05CV2109 (MEMBER) <br> 6:05CV2220 (MEMBER) <br><br> JUDGE TUCKER L. MELANÇON <br> MAG. JUDGE MILDRED E. METHVIN |

## JOINT MOTION AND [PROPOSED] PLAN OF WORK

Pursuant to the Court's Order during the Status Conference conducted on November 25, 2009 [Rec. Doc. 310] and Fed. R. Civ. P. 23(e), the parties hereby submit their Joint Motion and [Proposed] Plan of Work for the Court's consideration.

WHEREAS, the parties, through the undersigned counsel of record, have met, conferred and agreed that good cause exists to hold all pending deadlines in abeyance and establish a schedule for the Court to consider the proposed Settlement of this action, for the reasons set forth below:

1. On November 19 and 20, 2009, the parties participated in a mediation session overseen by the mediator and retired United States District Court Judge, the Honorable Nicholas Politan (Ret.);

2. Following extensive litigation and arms-length negotiations, the parties have reached an agreement in principle to settle the above-captioned action (the "Settlement"), subject to required approvals and the terms set forth in a Term Sheet executed November 24, 2009;

3.   The parties now intend to focus their efforts on documenting the Settlement in a detailed Stipulation of Settlement, and to move for preliminary approval of the Settlement;

4.   Preliminary approval of the Settlement would certify the Class for settlement purposes only and authorize notice to be published and mailed to Class Members;

5.   The parties request that, following notice of the Settlement to the Class, the Court hold a hearing to determine whether final approval of the Settlement should be granted pursuant to Fed. R. Civ. P. 23(e);

6.   In light of the foregoing, the parties jointly request that all currently pending deadlines be held in abeyance except in the event that the Court sets new deadlines, and jointly submit the following Proposed Plan of Work:

| **Settlement Event** | **Timeframe for Compliance** | **Deadline if Preliminary Approval is granted on January 14, 2009, and Final Approval Hearing set for March 23, 2010** |
|---|---|---|
| Deadline for filing motion for preliminary approval of the Settlement | January 7, 2010 | January 7, 2010 |
| Deadline for mailing the Notice and Claim Form to Class Members ("Notice Date") | Five (5) business days after entry of the Preliminary Approval Order | January 22, 2010 |
| Deadline for publishing Publication Notice | Three (3) business days after mailing of the Notice | January 27, 2010 |

| Settlement Event | Timeframe for Compliance | Deadline if Preliminary Approval is granted on January 14, 2009, and Final Approval Hearing set for March 23, 2010 |
|---|---|---|
| Deadline for filing of papers in support of final approval of Settlement, Plan of Allocation and Co-Lead Counsel's application for attorneys' fees and expenses | Twenty-one  (21) business days prior to the Final Approval Hearing | March 2, 2010 |
| Deadline for Class Members to submit objections or requests for exclusion from the Class | Fourteen (14) calendar days prior to the Final Approval Hearing | March 9, 2010 |
| Deadline for filing Reply papers in support of final approval of Settlement, Plan of Allocation and Co-Lead Counsel's application for attorneys' fees and expenses | Seven (7) calendar days prior to the Final Approval Hearing | March 16, 2010 |
| Final Approval Hearing | March 23, 2010 | March 23, 2010 |
| Deadline for submitting Claim Forms | One-hundred and twenty (120) calendar days after the Notice Date | May 22, 2010 |

Respectfully submitted,

Dated:  December 1, 2009

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

        /s/ *David R. Stickney*
      DAVID R. STICKNEY

DAVID R. STICKNEY (*pro hac vice*)
NIKI L. MENDOZA (*pro hac vice*)
BENJAMIN GALDSTON (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP
ANDREW L. ZIVITZ (*pro hac vice*)
MICHELLE M. NEWCOMER (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

-and-

NICHOLE BROWNING (*pro hac vice*)
580 California Street, Suite 1750
San Francisco, CA 94117
Tel:  (415) 400-3000
Fax:  (415) 400-3001

*Co-Lead Counsel for Lead Plaintiff City of Knoxville Employees' Pension System and the Proposed Class*

## LOCAL COUNSEL STATEMENT

Pursuant to Local Rule 5.7.08W, all counsel listed below have been contacted and consent to the filing of this document.

MORROW, MORROW, RYAN
   & BASSETT

   */s/ Patrick C. Morrow*
     PATRICK C. MORROW

PATRICK C. MORROW (Bar No. 9748)
324 West Landry Street
Opelousas, LA 70570-5120
Tel:   (800) 356-6776
Fax:   (337) 942-5234

*Liaison Counsel for the Proposed Class*

Dated:  December 1, 2009       VINSON & ELKINS L.L.P.

   */s/ Clifford Thau*
     CLIFFORD THAU
CLIFFORD THAU (*pro hac vice*)
HILARY L. PRESTON (*pro hac vice*)
RONALD L. ORAN (*pro hac vice*)

666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel:     (212) 237-0000

*Attorneys for Defendants Stone Energy
Corporation, David H. Welch, Kenneth H.
Beer, and James H. Prince*


JOHNSON GRAY McNAMARA LLC
PATRICK W. GRAY (Bar No. 6265)
AMY ALLUMS LEE (Bar No. 27356)
P.O. Box 51165
Lafayette, LA 70505
Tel:     (337) 412-6348

*Liaison Counsel for Defendants*

Dated:  December 1, 2009

BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, LLC

_____*/s/ Thomas A. Roberts*_____
         THOMAS A. ROBERTS

THOMAS A. ROBERTS
LARRY MOBLEY
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Tel:     (504) 586-1200
Fax:     (504) 596-2800

*Attorney for Defendant D. Peter Canty*


IT IS SO ORDERED.

This _____ day of _____, 2009

_____
THE HONORABLE TUCKER L. MELANÇON

## CERTIFICATE OF SERVICE

I, Kaye A. Martin, do hereby certify that on this 1st day of December, 2009, the foregoing

**JOINT MOTION AND [PROPOSED] PLAN OF WORK**

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served with true and correct copies of the document(s) in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

KAYE A. MARTIN

## SERVICE LIST

Patrick W. Gray
Amy A. Lee
**JOHNSON GRAY McNAMARA, LLC**
200 W. Congress St., Suite 900
Lafayette, LA 70501
Tel:  337-412-6003
Fax: 337-412-6037
pwg@jgmclaw.com
aea@jgmclaw.com
-and-
Clifford Thau
Steven R. Paradise
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel:  212-237-0000
Fax: 212-237-0100
cthau@velaw.com
sparadise@velaw.com
-and-
Hilary L. Preston
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  512-542-8572
Fax:  512-236-3234
hpreston@velaw.com
-and-
Marie R. Yeates
Ronald L. Oran
**VINSON & ELKINS LLP**
2300 First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel: 713-758-2222
Fax: 713-758-2346
myeates@velaw.com
roran@velaw.com

*Counsel for Stone Energy Corporation, David H. Welch, Kenneth H. Beer & James H. Prince*

Thomas A. Roberts
Larry E. Mobley
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER L.L.C.**
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Tel: 504-589-9700
Fax: 504-589-9701
troberts@barrassousdin.com
lmobley@barrassousdin.com

*Counsel for D. Peter Canty*

All attorneys served via ECF notice unless otherwise indicated.